UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE WILLIAM FURTADO, | Case No. 24-cv-02967-EKL |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, KERN VALLEY STATE PRISON, | |
| Respondent. | |

Pursuant to the order filed earlier today, judgment is entered in favor of Respondent and against Petitioner.

**IT IS SO ORDERED.**

Dated: July 9, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California